**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| MARGARET NAPIER,<br><br>       Plaintiff,<br>v.<br>John E. Potter, Postmaster General, United States Postal Service, Mary McGee, Supervisor, John and Jane Does, I - X,<br><br>       Defendants | CV 05-0577-PHX-ECV<br><br>**ORDER CONTINUING RULE 16 CONFERENCE AND CONSOLIDATING CASES** |

Upon reading Defendant's unopposed Motion to Continue Rule 16 Conference/Motion to Consolidate and good causing appearing,

IT IS ORDERED that the above captioned case is consolidated with CV06-2899-PHX-ROS if such case is not dismissed by the Honorable Roslyn O. Silver for failure to serve pursuant to Fed.R.Civ.Proc. Rule 4(m).

IT IS FURTHER ordered that Plaintiff file one superceding complaint consolidating the allegations from the Complaints in CV05-0577-PHX-ECV and CV06-2899-PHX-ROS and including one additional EEO complaint no. 4F852011206.

IT IS FURTHER ordered that the Rule 16 Case Management Conference set for June 21, 2007, is continued until such time as set by the Court after Plaintiff has filed a superceding complaint in the above captioned lawsuit and Defendant has answered.

DATED this 16th day of May, 2007.

Edward C. Voss
United States Magistrate Judge